## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| RAZORBACK CONCRETE COMPANY | * * * * | |
| Plaintiff | * * | NO: 3:07CV00135 SWW |
| VS. | * * | |
| DEMENT CONSTRUCTION, LLC | * * | |
| Defendant | * * * * * | |

## **ORDER**

Before the Court is Defendant's second, unopposed motion requesting a thirty-day extension of time in which to respond to the complaint. The motion (docket entry #12) is GRANTED. Defendant has up to and including December 17, 2007 in which to answer or otherwise respond to the complaint.

IT IS SO ORDERED THIS 26TH DAY OF NOVEMBER, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE