**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| RAZORBACK CONCRETE COMPANY | * * * * | |
| Plaintiff | * * | NO: 3:07CV00135   SWW |
| VS. | * * | |
| DEMENT CONSTRUCTION, LLC | * * | |
| Defendant | * * * * * | |

## **ORDER**

Before the Court is Defendant's third, unopposed motion requesting a thirty-day extension of time in which to respond to the complaint. The motion (docket entry #17) is GRANTED. Defendant has up to and including thirty (30) days from the entry date of this order in which to respond to the complaint. The deadline for completing a Rule 26(f) conference and submitting a Rule 26(f) planning report shall also be extended thirty (30) days. The Rule 26(f) conference deadline is extended to January 21, 2008, and the Rule 26(f) report is due on or before February 4, 2008.

IT IS SO ORDERED THIS 17TH DAY OF DECEMBER, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE