**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF ARKANSAS**
**JONESBORO DIVISION**

RAZORBACK CONCRETE COMPANY PLAINTIFF

VS. CASE NO.: 3:07 CV 000135 SWW

DEMENT CONSTRUCTION, LLC DEFENDANT

**AGREED ORDER SUBSTITUTING DEMENT CONSTRUCTION COMPANY, LLC FOR DEMENT CONSTRUCTION, LLC**

Now before the Court is the agreed oral motion of the Plaintiff and the Defendant to substitute Dement Construction Company, LLC as the proper party defendant for Dement Construction, LLC, and the Court finds that the motion should be GRANTED. IT IS THEREFORE ORDERED, CONSIDERED AND ADJUDGED that Dement Construction Company, LLC is hereby substituted for Dement Construction, LLC as the party defendant herein.

IT IS SO ORDERED THIS 14TH DAY OF AUGUST, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE