# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

RAZORBACK CONCRETE COMPANY

vs.                              NO. 3:07CV00135 SWW

DEMENT CONSTRUCTION LLC

### ORDER

The Court having notified counsel in the above-styled case that the trial previously scheduled May 23, 2011 would be continued, the case hereby is rescheduled for trial to a jury to commence the week beginning ***MONDAY, NOVEMBER 7, 2011, at 1:30 p.m.*** in Jonesboro, Arkansas. Counsel should be present 30 minutes prior to that time.

As this matter was continued immediately prior to the trial date, all deadlines for discovery and motions have expired. All other deadlines remain consistent with the new trial setting.

IT IS SO ORDERED this 17th day of May 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE