```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                  JONESBORO DIVISION
```

RAZORBACK CONCRETE COMPANY

vs.                              NO. 3:07CV00135 SWW

DEMENT CONSTRUCTION COMPANY LLC


## JUDGMENT ON JURY VERDICT

This action came on for trial November 7, 2011, before a jury, with United States District Judge Susan Webber Wright presiding. The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on November 8, 2011, in favor of the plaintiff.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that plaintiff Razorback Concrete Company have and recover of and from defendant Dement Construction Company LLC the sum of $71,826.82, together with interest from date until paid at the rate of 0.11% per annum as provided by law.

Dated this 15th day of November 2011.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE